AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| JUNIOR ANTONIO CRUZ DILONE et. al, <br> See attached Rider <br><br> *Plaintiff(s)* <br> v. <br> HIGH LEVEL CONCRETE CORP., CONCRETE COURSES CONCEPTS CORP., and BROADWAY CONSTRUCTION GROUP LLC, and RUI PEDRO RALHA, MARIO C. PERES and LUIS M. PEREIRA, <br> *Defendant(s)*       as individuals | Civil Action No. 2:25-cv-06095-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/3/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-06095-JMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# RIDER TO SUMMONS

Civil Case No.: __2:25-cv-06095-JMW__

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUNIOR ANTONIO CRUZ DILONE, CRISTIAN
ROLANDO VALLEJO BUSTAMANTE, LUIS B.
ASTUDILLO BRITO, LUDWIN ROCCHE, MAYNOR
DESIDERIO GONZALEZ TZUNU, ADRIAN JOSE POZO
CORREDOR, XALCUACO CAMILO RAMOS, MAYNOR
EFRAIN CRUZ RODRIGUEZ, MARIO ERNESTO
MUNTO GOMEZ, CESAR ANTONIO BAIRES LOPEZ,
ANGEL MARTINEZ DE LUNA, MARIO RAMIRO
URBANO, MARGARITO TELIHUIT TACOMUL, LUIS
ALCIVAR BALTAZAR MOPOSITA, FRANCISCO J.
GASPAR, DAVID A. MARTINEZ FLORES, EDWIN
ADONYS RIVERA ARCHILA, ERVIN JOSE ACUÑA
ALFARO, LEANDRO LOPEZ ESPINOZA, WALTER
GIOVANNI ORTIZ OLIVA, WESTER ANTONIO
VELASQUEZ ESPINOZA, and GERSAN MAYQUEL
VALLEJOS AVILA, individually and on behalf of all others
similarly situated,

                              Plaintiffs,

    -against-

HIGH LEVEL CONCRETE CORP., CONCRETE
COURSES CONCEPTS CORP., and BROADWAY
CONSTRUCTION GROUP LLC, and RUI PEDRO
RALHA, MARIO C. PERES and LUIS M. PEREIRA, as
individuals,

                              Defendants.
------------------------------------------------------------------------X

**Civil Case No.:**
2:25-cv-06095-JMW

**COLLECTIVE ACTION COMPLAINT**

*JURY TRIAL DEMANDED*

*Via Personal Service:*
**RUI PEDRO RALHA**
103 Park Ave, Miller Place, NY 11764-2668
**MARIO C. PERES**
8 Oaklawn Ave, Farmingville, NY 11738-2504
**LUIS M. PEREIRA**
12 Jordan Dr Medford, NY 11763-2051

1

*Service via Secretary of State:*
**HIGH LEVEL CONCRETE CORP. (DOS: 7229165)**
600 Johnson Ave, Ste b-3. Bohemia, NY 11716

**CONCRETE COURSES CONCEPTS CORP. (DOS: 3959544)**
28 Old Dock Road, Yaphank, NY 11980

**BROADWAY CONSTRUCTION GROUP LLC (DOS: 4310589)**
45 Broadway, 27th Flr., New York, NY 10006